**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| WILLIAM HARRIS, JR., | : No. 63 EAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| PHILADELPHIA FACILITIES | : |
| MANAGEMENT CORPORATION AND | : |
| DANELLA COMPANIES, INC., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.